BRUNO & DEGENHARDT, P.C.
ATTORNEYS AT LAW

CHRISTOPHER BRUNO
ADMITTED N.Y., D.C. AND VA.

10615 JUDICIAL DRIVE, SUITE 703
FAIRFAX, VIRGINIA 22030
TELEPHONE (703) 352-8960
FACSIMILE (703) 352-8930

JANE DEGENHARDT BRUNO
ADMITTED N.Y. AND D.C.

May 19, 2008

By Facsimile (212) 805-7942
Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007



Re: *Ferreiras v. Lape*, 08 Civ. 1210 (AKH)

Dear Judge Hellerstein:

Please be advised that I represent Jose Ferreiras in connection with the above-referenced matter. For the reasons stated in the letter from the Westchester County District Attorney's Office to the Court dated May 13, 2008, we did not receive the People's opposition papers until May 16, 2008.

As a result, I am requesting an extension to file our reply papers until June 19, 2008. I have conferred with ADA John Sergi and the People have no objection to this request.

In consideration of the above, I respectfully request that the Court extend our time to file reply papers until June 19, 2008.

Thank you for your consideration regarding this matter.

Respectfully submitted,

Christopher Bruno

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/08

cc: ADA John Sergi

So ordered
5-20-08
[signature]