BRUNO & DEGENHARDT, P.C.
ATTORNEYS AT LAW
10615 JUDICIAL DRIVE, SUITE 703
FAIRFAX, VIRGINIA 22030
TELEPHONE (703) 352-8960
FACSIMILE (703) 352-8930

CHRISTOPHER BRUNO
ADMITTED N.Y., D.C., AND VA

JANE DEGENHARDT BRUNO
ADMITTED N.Y. AND D.C.

June 19, 2008

By Facsimile (212) 805-7942
Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007

Re: *Ferreiras v. Lape*, 08 Civ. 1210 (AKH)

So ordered
6-19-08
[signature]

Dear Judge Hellerstein:

Please be advised that I represent Jose Ferreiras in connection with the above-referenced *habeas* petition. Mr. Ferreiras is currently incarcerated at the Coxsackie Correctional Facility. Mr. Ferreiras' Reply Brief was due to be filed today.

Unfortunately, during the course of finalizing our brief this morning, our office experienced a total computer breakdown and the document was not saved. As a result, we have been attempting to secure the services of a computer technician who has the ability to determine if it will be possible to retrieve the brief from the hard drive. However, we have been informed that such a possibility is remote. In any event, we will not know conclusively what the situation is until the technician completes his analysis late tomorrow afternoon.

Having been so advised and in light of the size of the document, it will take some time to either retrieve the document or in the alternative, to recreate the brief. Under either scenario, we respectfully request a short continuance to resolve this situation. Due to the fact that I am scheduled for a proffer session tomorrow in the District of New Jersey and depositions next week in the Southern District of Florida, I respectfully request a continuance to file the Reply until July 1, 2008.

I have spoken with ADA Joseph Latino and he has graciously stated that the People have no objection to this request.

In consideration of the above, I respectfully request that the Court extend our time to file Reply papers until July 1, 2008.

Thank you for your consideration regarding this matter.

Respectfully submitted,

Christopher Bruno

cc: ADA Joseph Latino (by Facsimile 914-995-4672)